**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARILYN M. NORWOOD                                                                                            PLAINTIFF

v.                                          CASE NO. 4:11CV00196 JLH

LITTLE ROCK POLICE DEPARTMENT                                                                  DEFENDANT

**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice.

The relief sought is denied.

DATED this 12th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE